**Fill in this information to identify your case and this filing:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christopher** | **John** | **Roth** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | | |
| Case number | 1:18-bk-14616 | | | ☐ Check if this is an amended filing |

# Official Form 106A/B
# Schedule A/B: Property                                                                                         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ■ No. Go to Part 2.
    ☐ Yes.  Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ■ Yes

| 3.1 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|
| | Model: | **F350 DRW** | ■ Debtor 1 only | |
| | Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **40810** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | **$42,607.00** / **$42,607.00** |

| 3.2 | Make: | **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|
| | Model: | **2500** | ■ Debtor 1 only | |
| | Year: | **2017** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **30242** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | **$41,788.00** / **$41,788.00** |

| | | | | | |
|---|---|---|---|---|---|
| 3.3 | Make: **Dodge** <br> Model: **2500** <br> Year: **2017** <br> Approximate mileage: **31400** <br> Other information: | | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br><br> **Current value of the entire property?** <br> **$37,422.00** | **Current value of the portion you own?** <br> **$37,422.00** |
| 3.4 | Make: **Big Tex** <br> Model: **trailer** <br> Year: **2017** <br> Approximate mileage: <br> Other information: **25' gooseneck utility trailer** | | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | **Current value of the entire property?** <br> **$7,500.00** | **Current value of the portion you own?** <br> **$7,500.00** |
| 3.5 | Make: **Artic** <br> Model: **CAT** <br> Year: **2017** <br> Approximate mileage: <br> Other information: **side by side trailer** | | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | **Current value of the entire property?** <br> **$6,000.00** | **Current value of the portion you own?** <br> **$6,000.00** |
| 3.6 | Make: **Big Tex** <br> Model: <br> Year: **2016** <br> Approximate mileage: <br> Other information: **18' equipment trailer** | | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | **Current value of the entire property?** <br> **$2,000.00** | **Current value of the portion you own?** <br> **$2,000.00** |
| 3.7 | Make: **Big Tex** <br> Model: <br> Year: <br> Approximate mileage: <br> Other information: **20' equipment trailer** | | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | **Current value of the entire property?** <br> **$2,000.00** | **Current value of the portion you own?** <br> **$2,000.00** |
| 3.8 | Make: **Homesteader** <br> Model: <br> Year: <br> Approximate mileage: <br> Other information: **12' dump trailer** | | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | **Current value of the entire property?** <br> **$2,500.00** | **Current value of the portion you own?** <br> **$2,500.00** |

Debtor 1   **Christopher John Roth**                                                   Case number *(if known)*   **1:18-bk-14616**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☒ Yes

   4.1  Make: **Keystone Camper**         Who has an interest in the property? Check one
        Model: **27 Carbon**              ☒ Debtor 1 only
        Year: **2016**                    ☐ Debtor 2 only
                                          ☐ Debtor 1 and Debtor 2 only
        Other information:                ☐ At least one of the debtors and another
        **bad gear, damages**             ☐ Check if this is community property
                                          (see instructions)

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

        **Current value of the entire property?**   **Current value of the portion you own?**
        **$16,000.00**                              **$16,000.00**

   4.2  Make: **Bobcat**                  Who has an interest in the property? Check one
        Model: **T650**                   ☒ Debtor 1 only
        Year: **2016**                    ☐ Debtor 2 only
                                          ☐ Debtor 1 and Debtor 2 only
        Other information:                ☐ At least one of the debtors and another
        **track loaderXXXX9324(336 hours)** ☐ Check if this is community property
                                          (see instructions)

        **Current value of the entire property?**   **Current value of the portion you own?**
        **$49,000.00**                              **$49,000.00**

   4.3  Make: **Bobcat**                  Who has an interest in the property? Check one
        Model: **E-20 w 16"bucket**       ☒ Debtor 1 only
        Year: **2016**                    ☐ Debtor 2 only
                                          ☐ Debtor 1 and Debtor 2 only
        Other information:                ☐ At least one of the debtors and another
        **Mini excavator/Auger (822 hours)** ☐ Check if this is community property
                                          (see instructions)

        **Current value of the entire property?**   **Current value of the portion you own?**
        **$21,000.00**                              **$21,000.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=>   **$227,817.00**

### Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....

   **household goods and furnishings**                                        **$3,300.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.....

   **2 tvs, vcr, dvd player/dvds, speakers, desktop(broken), lap top**        **$150.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No

| Debtor 1 | Christopher John Roth | Case number *(if known)* | 1:18-bk-14616 |
|---|---|---|---|

☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | 2 bicycles, 1 mountain bike, elliptical, golf clubs, bow | $300.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | Ruger 9mm handgun, Ruger 5:56 riffle, cases and ammo | $400.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | wearing apparel | $300.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | wedding band | $100.00 |
    |---|---|
    | 2 gold bracelets, one gold chain, misc. stainless steel bracelets, a chain, 2 watches | $400.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | german short-haired pointer, basset hound | $50.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

    | basketball card collection | $20.00 |
    |---|---|
    | comics and 911 collectables | $50.00 |
    | grill, smoker, riding lawnmower, push mower, weed eater | $300.00 |
    | misc tools, pressure washer, floor jack(missing part), shop vac, compound miter saw, dog kennel, fish tank, chain saw(does not work) | $400.00 |

Debtor 1  **Christopher John Roth**   Case number *(if known)*  **1:18-bk-14616**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................   **$5,770.00**

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.............................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................    Institution name:

    | | | | |
    |---|---|---|---|
    | 17.1. | checking | Regions XXX0572 | $0.00 |
    | 17.2. | checking | Regions XXX7728 | $276.95 |
    | 17.3. | savings | Regions XXXX5143 | $412.99 |
    | 17.4. | checking | Chase XXXX5997 | $30.00 |
    | 17.5. | savings | Chase XXXX8941 | $85.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them....................
    Name of entity:                        % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:            Institution name:

| Debtor 1 | **Christopher John Roth** | Case number *(if known)* | **1:18-bk-14616** |
|---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................                                     Institution name or individual:

| | **rent deposit** | **security deposit to JS Rivermont, LLC** | **$1,679.00** |
|---|---|---|---|

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes.  Give specific information about them...

| | **trademark-Decks On A Budget** | | **Unknown** |
|---|---|---|---|

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| | **Larry St. John owes to client** | | **$6,600.00** |
|---|---|---|---|

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

| Debtor 1 | Christopher John Roth | Case number *(if known)* | 1:18-bk-14616 |
|---|---|---|---|

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................................**  $9,083.94

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes. Describe.....

| 3 tables with 9 chairs | $500.00 |
|---|---|
| printer | $50.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes. Describe.....

---

| | | |
|---|---|---|
| Debtor 1 | **Christopher John Roth** | Case number *(if known)* **1:18-bk-14616** |

| | | |
|---|---|---|
| | generator, cement mixer, welder table, hydraulic broom attachment, drill press, compactor plate, shelving, misc tools, stump removal attachment, broken smoth bucket, forks attachment, smooth bucket, chains and binders, fuel cans, wheel barrels, water hoses, ladders, generators, air compressors, scaffolding, fans, band saw, misc shovels and brooms, pool ladders | $2,000.00 |
| | tools of trade(2-6' ladders, 18' ladder, 24' extension ladder, band saw, circular saw hand held, nail gun, screwdriver) | $500.00 |
| | auger and auger bits | $0.00 |
| | 2) welding gas tanks | $500.00 |

41. **Inventory**
    ☐ No
    ■ Yes.  Describe.....

| | | |
|---|---|---|
| | inventory, steel inventory, screening supplies, wood supplies, rock supplies, composite, drywall, glass, steel handrails, concrete, drainage lines, cedar shakers | $3,400.00 |

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them....................
       Name of entity:                                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

       ■ No
       ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ☐ No
    ■ Yes. Give specific information.........

| | | |
|---|---|---|
| | **Decks On A Budget- decksonabudget.com internet domain name** | **Unknown** |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.........................................................................................................................** | **$6,950.00** |

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Debtor 1 | **Christopher John Roth** | Case number *(if known)* | **1:18-bk-14616** |
|---|---|---|---|

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ....................................................................................................... $0.00
56. **Part 2: Total vehicles, line 5**                                $227,817.00
57. **Part 3: Total personal and household items, line 15**       $5,770.00
58. **Part 4: Total financial assets, line 36**                   $9,083.94
59. **Part 5: Total business-related property, line 45**          $6,950.00
60. **Part 6: Total farm- and fishing-related property, line 52** $0.00
61. **Part 7: Total other property not listed, line 54**        + $0.00

62. **Total personal property.** Add lines 56 through 61...    $249,620.94    Copy personal property total    $249,620.94

63. **Total of all property on Schedule A/B**. Add line 55 + line 62                                               $249,620.94