**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher** | **John** | **Roth** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | |
| Case number | 1:18-bk-14616 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Airgas South Inc** | Describe the property that secures the claim: | $0.00 | $500.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2) welding gas tanks** | | | |

**PO Box 532609**
**Atlanta, GA 30353**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.2 | **Bobcat of Chattanooga** | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **auger and auger bits** | | | |

**4288 Bonny Oaks Drive**
**Chattanooga, TN 37406**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| Debtor 1 | **Christopher** | **John** | **Roth** | | Case number (if known) | **1:18-bk-14616** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| **2.3** | **Capital One Auto Finance Inc.** | Describe the property that secures the claim: | $37,532.00 | $37,422.00 | $110.00 |
| | Creditor's Name | **2017 Dodge 2500 31400 miles** | | | |
| | **P.O. Box 93016**<br>**Long Beach, CA**<br>**90809-3016** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | ■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| | Date debt was incurred **02/06/17** | Last 4 digits of account number **6875** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **2.4** | **Citizen Bank and Trust** | Describe the property that secures the claim: | $2,632.00 | $2,000.00 | $632.00 |
| | Creditor's Name | **generator, cement mixer, welder table, hydraulic broom attachment, drill press, compactor plate, shelving, misc tools, stump removal attachment, broken smoth bucket, forks attachment, smooth bucket, chains and binders, fuel cans, wheel barr** | | | |
| | **1359 East Main St**<br>**Atwood, TN 38220** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | ■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| | Date debt was incurred **08/04/2017** | Last 4 digits of account number **3679** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **2.5** | **Ford Credit** | Describe the property that secures the claim: | $52,656.16 | $42,607.00 | $10,049.16 |
| | Creditor's Name | **2016 Ford F350 DRW 40810 miles** | | | |
| | **P.O. Box 542000**<br>**Omaha, NE 68154** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | ■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |

| Debtor 1 | **Christopher** | **John** | **Roth** | Case number (if known) | **1:18-bk-14616** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Date debt was incurred** 08/29/16    **Last 4 digits of account number** 7933

---

| 2.6 | **FreedomRoad Financial** | **Describe the property that secures the claim:** | $10,477.07 | $6,000.00 | $4,477.07 |
|---|---|---|---|---|---|

Creditor's Name

**2017 Artic CAT side by side trailer**

**PO Box 4597**
**Oak Brook, IL 60522-4597**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 03/23/2018    **Last 4 digits of account number** 2908

---

| 2.7 | **PNC Bank** | **Describe the property that secures the claim:** | $54,671.00 | $49,000.00 | $5,671.00 |
|---|---|---|---|---|---|

Creditor's Name

**2016 Bobcat T650 track loaderXXXX9324(336 hours)**

**655 Business Center Drive**
**Suite 250**
**Horsham, PA 19044**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 04/25/17    **Last 4 digits of account number** 5807

---

| 2.8 | **TD Auto Finance** | **Describe the property that secures the claim:** | $38,976.00 | $41,788.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2017 Dodge 2500 30242 miles**

**27777 Inkster Road**
**Farmington, MI 48334**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 05/22/2017    **Last 4 digits of account number** 0337

---

| Debtor 1 | **Christopher** | **John** | **Roth** | Case number (if known) | **1:18-bk-14616** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.9 | **US Bank Recreation Finance** | Describe the property that secures the claim: | $27,658.00 | $16,000.00 | $11,658.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2016 Keystone Camper 27 Carbon bad gear, damages** | | | |

**1850 Osborn Ave**
**Oshkosh, WI 54902**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** **0170**

| 2.10 | **Wells Fargo Vendor Fin Serv** | Describe the property that secures the claim: | $22,595.42 | $21,000.00 | $1,595.42 |
|---|---|---|---|---|---|
| | Creditor's Name | **2016 Bobcat E-20 w 16"bucket Mini excavator/Auger (822 hours)** | | | |

**PO Box 3072**
**Cedar Rapids, IA 52403-3072**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **06/20/2016**    **Last 4 digits of account number** **4277**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $247,197.65 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $247,197.65 |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.