**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher John Roth** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | **1:18-bk-14616** |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Airgas South Inc** <br><br> Description of property securing debt: **2) welding gas tanks** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Creditor's name: **Bobcat of Chattanooga** <br><br> Description of property securing debt: **auger and auger bits** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Creditor's name: **Capital One Auto Finance Inc.** <br><br> Description of property **2017 Dodge 2500 31400 miles** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Christopher John Roth**                                   Case number *(if known)*    **1:18-bk-14616**

securing debt:

---

| Creditor's name: | **Citizen Bank and Trust** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **generator, cement mixer, welder table, hydraulic broom attachment, drill press, compactor plate, shelving, misc tools, stump removal attachment, broken smoth bucket, forks attachment, smooth bucket, chains and binders, fuel cans, wheel barr** | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

---

| Creditor's name: | **Ford Credit** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2016 Ford F350 DRW 40810 miles** | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

---

| Creditor's name: | **FreedomRoad Financial** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2017 Artic CAT side by side trailer** | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

---

| Creditor's name: | **PNC Bank** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2016 Bobcat T650 track loaderXXXX9324(336 hours)** | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

---

| Creditor's name: | **TD Auto Finance** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2017 Dodge 2500 30242 miles** | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

---

| Creditor's name: | **US Bank Recreation Finance** | ■ Surrender the property. | ■ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2016 Keystone Camper 27 Carbon bad gear, damages** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| | | ☐ Retain the property and [explain]: | |

---

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

| Debtor 1 | **Christopher John Roth** | Case number *(if known)* | **1:18-bk-14616** |
|---|---|---|---|

| Creditor's name: | **Wells Fargo Vendor Fin Serv** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2016 Bobcat E-20 w 16"bucket Mini excavator/Auger (822 hours)** | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: | |

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:    **JS Rivermont LLC** | ☐ No |
| | ■ Yes |
| Description of leased Property:    **Lease of 3600 Hixson Pike, Suite 126,  Chattanooga, TN 37415 (08/01/17 to 07/31/18  monthly rent in the amount of $1350, 08/01/18 to 07/31/19 monthly rent in the amount of $1390.50, 08/01/19 to 07/31/20 monthly rent in the amount of $1432.22)** | |
| Lessor's name:    **Kelly Roth** | ☐ No |
| | ■ Yes |
| Description of leased Property:    **9010 Bramlett Road, Harrison, TN 37341, Month to month rent of workshop/garage (600 sq feet) for use of land for parking trailers $4100 a month** | |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Christopher John Roth**                                          X _____

**Christopher John Roth**                                                   Signature of Debtor 2
Signature of Debtor 1

Date    **October 22, 2018**                                                Date _____